COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER ON MOTION

Cause Number:      01-18-00442-CR

Trial Court Cause
Number:      1540453R

Style:      Otoniel Guzman

     v. The State of Texas

Date motion filed*:      December 9, 2019

Type of motion:      Motion to Withdraw as Counsel and to Appoint New Counsel

Party filing motion:      Appellant

Document to be filed:     

Is appeal accelerated? ☐ YES    ☒ NO

Ordered that motion is:

     ☐ Granted

         If document is to be filed, document due: _____

         ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

     ☐ Denied

     ☒ Dismissed (*e.g.*, want of jurisdiction, moot)

     ☐ Other: _____

     The trial court granted appointed counsel's motion to withdraw as counsel of record on December 6, 2019, and ordered that an attorney be appointed to appellant to file a Petition for Discretionary Review. Appellate counsel's motion to withdraw filed in this Court is therefore dismissed as moot.

Judge's signature: Evelyn V. Keyes
         ☒ Acting individually      ☐ Acting for the Court

Date: December 19, 2019